Omer Poos, for appellant; Kinder & Dey, for appellee. Opinion by JUSTICE WHEAT. Not to be published in full. Opinion filed November 2, 1950; rehearing denied December 28, 1950; released for publication December 28, 1950.

People of State of Illinois, Defendant in Error, v. Clyde Coultas, Plaintiff in Error.

Gen. No. 9,729.

Schimmel & Schimmel, for plaintiff in error; Richard E. Mann, for defendant in error. Opinion by JUSTICE WHEAT. Not to be published in full. Opinion filed November 17, 1950; released for publication December 13, 1950.

Alfred Leeb and Robert Emanuel, Appellees, v. John Du Melle et al., Appellants.

Gen. No. 44,938.

Jesse Marcus and Maurice A. Barnett, for appellants; Jesse Marcus, of counsel; Francis Heisler, Julius Lucius Echeles, Harold A. Katz, William W. Wilkow and Pearl Baer, for appellees; Heisler & Katz, of counsel. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full. Opinion filed December 4, 1950; rehearing denied December 18, 1950; released for publication December 19, 1950.

## Albert T. Hughes, Administrator of Estate of John D. Copeland, Deceased, Appellee, v. Wabash Railroad Company, Appellant.

### Gen. No. 9,679.